IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cv-250-AP**

**BRIAN J. SEDLAK,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

# MINUTE ORDER

Judge John L. Kane **ORDERS**

     The Unopposed and Stipulated Motion to Establish New Briefing Schedule (doc. #21), filed September 17, 2007, is GRANTED.  Plaintiff's Opening Brief is due October 12, 2007; Defendant's Response Brief is due November 15, 2007; Plaintiff's Reply Brief (if any) is due November 29, 2007.

Dated:  September 17, 2007