IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-00250-REB

BRIAN J. SEDLAK,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Unopposed Application for Attorney's Fees Under the Equal Access to Justice Fees filed April 29, 2008. The Court, having reviewed the Application, and particularly the representation that counsel for the Defendant does not oppose the award of attorney's fees as requested in this case, and being fully advised in the premises, hereby APPROVES the Application. In accordance therewith, it is

ORDERED that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. Section 2412(d), in the amount of $2,512.50.

Dated July 8, 2008.

                        BY THE COURT:

                        s/ Robert E. Blackburn
                        Robert E. Blackburn, Judge
                        United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00250 REB

CERTIFICATE OF SERVICES

The undersigned hereby certifies that on the __ day of _____ 2008, true and correct copies of the above and foregoing ORDER were served on the following by ECF:

Ruth K. Irvin, Esq.
Irvin & Irvin
1443 Spruce St.
Boulder, CO 80302

Debra Meachum
Office of General Counsel
Social Security Administration, Region VIII
1961 Stout Street, Suite 120
Denver, CO 80294

Kurt J. Bohn
Assistant U.S. Attorney
Office of the U.S. Attorney
1225 Seventeenth St., Suite 700
Denver, CO 80204

Kevin Traskos
Assistant U.S. Attorney
Office of the U.S. Attorney
1225 Seventeenth St., Suite 700
Denver, CO 80204

_____