# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 07-cv-00250-REB

BRIAN J. SEDLAK,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR
## AMENDED JUDGMENT OR SUPPLEMENTAL ORDER

**Blackburn, J.**

The matter before me is **Plaintiff's Motion for Amended Judgment or Supplemental Order** [#41], filed July 30, 2008. As the prevailing party, plaintiff seeks an award of costs against the Commissioner in this social security appeal. Pursuant to Rule 54(d)(1), "costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law." **FED.R.CIV.P.** 54(d)(1). The Equal Access to Justice Act ("EAJA") provides that,

> [e]xcept as otherwise specifically provided by statute, a judgment for costs, as enumerated in section 1920 of this title, but not including the fees and expenses of attorneys, may be awarded to the prevailing party in any civil action brought by or against the United States or any agency or any official of the United States acting in his or her official capacity in any court having jurisdiction of such action.

28 U.S.C. § 2412(a)(1). The EAJA applies to social security actions, ***Blanchette v. Heckler***, 586 F.Supp. 903, 906 (D. Colo. 1984), and more specifically, allows the award

of costs against the United States to a prevailing plaintiff, *see Maida v. Callahan*, 148 F.3d 190, 192 (2nd Cir. 1998). No other statute appears to bar the award of such fees under the circumstances of this case. *Cf. Chambers v. Barnhart*, 355 F.3d 1261, 1262 (10th Cir. 2004) (holding that plaintiff who proceeds before the district court *in forma pauperis* is barred from recovering costs under the EAJA pursuant to 28 U.S.C. § 1915(f)(1)); *Maida*, 148 F.3d at 192 (same).

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Motion for Amended Judgment or Supplemental Order** [#41] filed July 30, 2008, is **GRANTED**; and

2. That the **Judgment** [#36] entered March 24, 2008, is **AMENDED** to add the following language following paragraph 2:

"That plaintiff is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1)."

Dated December 17, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**